

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00369-CV

_____

CENTURY SPORTS WEARS, INC. D/B/A WYNFORD WHOLESALE, PERVEZ DAREDIA, AND SHARAF DAREDIA, Appellants

V.

WALLIS BANK F/K/A WALLIS STATE BANK, Appellee

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. 19-3906-362

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

On October 10, 2019, and again on October 24, 2019, we notified Appellants Century Sports Wears, Inc. d/b/a Wynford Wholesale, Pervez Daredia, and Sharaf Daredia that unless they paid the appeal's $205 filing fee, we could dismiss the appeal. *See* Tex. R. App. P. 5, 42.3(c). In our October 24 letter, we gave Appellants until November 4, 2019, to pay the filing fee. Appellants have not paid the filing fee. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: December 5, 2019